IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARLON M ELLIS,                                    *

            Plaintiff,                          *

v.                                                   Case No.  5:25-cv-00504-MTT-CHW

                                     *

STEVENS et al.,

                                     *

            Defendants.                         *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 3/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of March, 2026.

                        David W. Bunt, Clerk

                        s/ Erin Pettigrew, Deputy Clerk